AGATHA MCARDELL, as Administratrix, etc., of AUGUST THOMAS SAWMILLER, Deceased, Appellant, v. NATIONAL ACCIDENT SOCIETY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE CITY OF BUFFALO, Respondent, v. AMANDA HAWKS and Others, Defendants. COUNTY OF ERIE, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

NETTIE GRANT, as Administratrix of the Personal Estate of JOHN GRANT, Deceased, Respondent, v. UTICA GAS AND ELECTRIC COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ALFRED R. FISH, Respondent, v. THE ESTATE OF ELIZABETH MCCARTHY, INCORPORATED, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LULU GREEN, Respondent, v. LOUIS DEREN, Appellant.— Motion to dismiss appeal granted, unless the appellant shall file and serve the printed records and printed briefs on appeal on or before August 15, 1929. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

BASIL ROBILLARD, Appellant, v. ISABEL S. ROBILLARD, Respondent.— A stay pending appeal is granted of the order entered May 15, 1929, which denies plaintiff's motion to put the case over the term. A stay pending appeal is granted of that part of the order entered May 24, 1929, which allows an amendment of defendant's answer and continues the trial to September 9, 1929, and also of that part of said order which increases the alimony to $200 per week. The motions for a stay are otherwise denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of WILLIAM J. VOLKER, an Attorney and Counselor at Law.— Petition granted and order of disbarment entered. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of RICHARD E. BABCOCK, an Attorney and Counselor at Law.— Time of respondent to answer the petition extended to July fifteenth and matter referred to Hon. S. Nelson Sawyer, official referee. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

VINCENT MAJEWSKI and Another, Respondents, v. DAIRYMEN'S LEAGUE ASSOCIATION and Another, Defendants. MIKE KUCAUNASCZ, Appellant.— Motion to dismiss appeal granted, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOHN F. ZIEMANN, Appellant, v. BURNELL R. MILLER and Another, Respondents. — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARY ZIEMANN, Appellant, v. BURNELL R. MILLER and Another, Respondents. — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.